# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered August 31, 2016:*

SOUTHEAST MICHIGAN SURGICAL HOSPITAL LLC v ALLSTATE INSURANCE
COMPANY, Docket No. 323425 [opinion reported at 316 Mich App 657].
The Court orders that a special panel shall not be convened pursuant to
MCR 7.215(J) to resolve a conflict between this case and *Bazzi v Sentinel
Ins Co*, 315 Mich App 763; 891 NW2d 13 (2016) (Docket No. 320518).